MINUTE ENTRY          10:20 a.m.

EEOC -vs- Micro Pacific Development Inc. dba Saipan Grand Hotel

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Linda Ordonio-Dixon, Attorney for Plaintiff (via telephone)
   Michael Dotts, Attorney for Defendants

PROCEEDINGS: MOTION TO COMPEL DISCLOSURE OF DOCUMENTS

Plaintiff was represented by Attorney Linda Ordonio-Dixon (via telephone). Defendants were represented by Attorney Michael Dotts.

Attorney Dotts stated that he had nothing to add to his pleadings at this time. Attorney Ordonio-Dixon argued on behalf of the EEOC. Attorney Ordonio-Dixon stated that they would be proceeding as class-action case on behalf of a group of women who have a claim. Attorney Dotts argued that this was the first indication that this was going to be a class-action and the complaint should be amended to indicate such.

Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.

        Adjourned 10:30 a.m.


;   [KLL EOD 10/28/2004]