MINUTE ENTRY            9:30 a.m.

EEOC -vs- Micro Pacific Development Inc. dba Saipan Grand Hotel

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Linda Ordonio-Dixon, Attorney for Plaintiff
   Michael Dotts, Attorney for Defendants

PROCEEDINGS: MOTION TO COMPEL

Plaintiff was represented by Attorney Linda Ordonio-Dixon. Defendants were represented by Attorney Michael Dotts.

Attorney Dotts argued on behalf of Saipan Grand Hotel. Attorney Ordonio-Dixon argued on behalf of the EEOC.

Court, after hearing all argument, GRANTED the motion and ordered that the medical records be produced to Defense and stated that a written order would be forthcoming.

Attorney Ordonio-Dixon made an oral motion for sanctions for this motion being brought before the court on inappropriate shortened time. Defense argued. Court DENIED the motion.

        Adjourned 9:50 a.m.


;   [KLL EOD 05/31/2005]