WILLIAM R. TAMAYO - #084965 (CA)
DAVID F. OFFEN-BROWN - #063321 (CA)
LINDA ORDONIO-DIXON - #172830 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JUL 26 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MICRO PACIFIC DEVELOPMENT INC. d/b/a SAIPAN GRAND HOTEL, <br><br> Defendant. | CIVIL ACTION NO. 04-0028 <br><br> SUPPLEMENTAL DECLARATION OF ORDONIO-DIXON IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM PROVIDING EXHIBIT G <br><br> Date: August 25, 2005 <br> Time: 8:30 a.m |

I, LINDA ORDONIO-DIXON, declare as follows:

1. I am employed as an attorney by the plaintiff, Equal Employment Opportunity Commission, and in that capacity am responsible for the prosecution of this case.

SUPP. DIXON DECL. IN SUPPORT                1
OF PLAINTIFF EEOC'S MOTION TO
QUASH SUBPOENAS - Exhibit G
04-0028

2. I have personal knowledge of the matters stated herein.

3. Attached as Exhibit G is a true and correct copy of an apology letter from the perpetrator of the sexual harassment in this case, Akira Ishikawa, to Charging Party Julieta Torres. In this letter, Mr. Ishikawa admits that he sexually harassed Mrs. Torres. This letter was not produced with the filing of the original motion because it was not available to counsel.

Date: July 26, 2005

_____
LINDA ORDONIO-DIXON
Senior Trial Attorney

**Equal Employment Opportunity Commission**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5654

SUPP. DIXON DECL. IN SUPPORT
OF PLAINTIFF EEOC'S MOTION TO           2
QUASH SUBPOENAS - Exhibit G
04-0028

**CERTIFICATE OF SERVICE**

    I am a citizen of the United States employed in the County of San Francisco, over the age of 18 years and not a party to this action. My business address is the office of the United States Equal Employment Opportunity Commission, San Francisco District Office, 350 The Embarcadero, Suite 500, San Francisco, CA 94105.

    On July 26, 2005, I hand-delivered:

**SUPPLEMENTAL DECLARATION OF ORDONIO-DIXON IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM PROVIDING EXHIBIT G**

to:

Michael W. Dotts
O'CONNOR BERMAN DOTTS & BANDES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969

    I certify under penalty of perjury that the above is true and correct.

DATED: 7/26/05

SUPP. DIXON DECL. IN SUPPORT OF PLAINTIFF EEOC'S MOTION TO QUASH SUBPOENAS - Exhibit G
04-0028

3

# LETTER OF APOLOGY

November 29, 2002

To:   Juliet B. Torres

From:  Akira Ishikawa

Dear Mrs. Torres;

I would like to take this opportunity to apologize to you for the sexual harassment that I have committed onto you. I am deeply sorry for what I have done and that I promise not to ever do it again.

I wish to thank you for accepting this letter of apology and that I hope you find it in your heart to forgive me.


Sincerely,

Akira Ishikawa
Asst. Chef – Aoi Kitchen


RECEIVED
BY        DATE

00002