FILED
Clerk
District Court

AUG 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICRO PACIFIC DEVELOPMENT, INC. d/b/a SAIPAN GRAND HOTEL,<br><br>Defendant. | CIVIL ACTION NO. 04-0028<br><br>NOTICE OF MOTION AND MOTION TO AMEND ANSWER<br><br>Date: September 1, 2005<br>Time: ~~9:00 a.m.~~ 8:30 a.m. |

COMES NOW Defendant, by and through counsel, and gives notice that it will move on September 1, 2005 at ~~9:00~~ 8:30 a.m., and hereby does move for an Order allowing Defendant to amend its Answer.

This motion is brought pursuant to Fed.R.Civ.P.15(a) and is supported by a Memorandum, and a Proposed Order.

Date: July 29, 2005.

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Defendant

By: _____
MICHAEL W. DOTTS
Bar ID #F0150

K:\Loli\Saipan Grand (2793)\2793-05-050704-PL-NotMotion&Mot2Compel-leb.doc