| | |
|---|---|
| 1 | MICHAEL W. DOTTS, Esq. |
|   | O'Connor Berman Dotts & Banes |
| 2 | Second Floor, Nauru Building |
|   | P.O. Box 501969 |
| 3 | Saipan, MP 96950 |
|   | Telephone No. (670) 234-5684 |
| 4 | Facsimile No. (670) 234-5683 |

Clerk
District Court

AUG – 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

EQUAL EMPLOYMENT OPPORTUNITY ) CIVIL ACTION NO. 04-0028
COMMISSION, )
 )
           Plaintiff, )
 )
     vs. ) CERTIFICATE OF SERVICE
 )
MICRO PACIFIC DEVELOPMENT, INC. )
dba SAIPAN GRAND HOTEL, )
 )
           Defendant. )
_____)

The undersigned hereby certifies that a copy of **NOTICE OF MOTION AND MOTION TO AMEND ANSWER, MEMORANDUM IN SUPPORT OF MOTION TO AMEND ANSWER, AND [PROPOSED] ORDER** was served on August 1, 2005 as follows:

    X   by mail addressed to:

        Linda Ordonio-Dixon
        U.S. Equal Employment Opportunity Commission
        San Francisco District Office
        350 Embarcadero, Suite 500
        San Francisco, CA 94105-1260

Dated this 4th day of August, 2005.

                                                  _____
                                                  Jennifer Bautista

2793-05-050804-ProofSvc.mail