Case 1:04-cv-00028  Document 64  Filed 08/04/2005  Page 1 of 1

Clerk
District Court

AUG - 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Defendant

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN MARIANA ISLANDS
7

8  EQUAL EMPLOYMENT OPPORTUNITY         )  CIVIL ACTION NO. 04-0028
   COMMISSION,                          )
9                                       )
            Plaintiff,                  )
10                                      )
       vs.                              )  PROOF OF SERVICE
11                                      )
   MICRO PACIFIC DEVELOPMENT, INC.      )
12 dba SAIPAN GRAND HOTEL,              )
                                        )
13          Defendant.                  )
                                        )
14 _____)

15

16      The undersigned hereby certifies that a copy of **NOTICE OF MOTION AND MOTION TO AMEND ANSWER, MEMORANDUM IN SUPPORT OF MOTION TO AMEND ANSWER, AND [PROPOSED] ORDER** was served on August 1, 2005 as follows:

17

18      __X__ by e-mail addressed to:

19      Linda Ordonio-Dixon
        U.S. Equal Employment Opportunity Commission
20      San Francisco District Office
        350 Embarcadero, Suite 500
21      San Francisco, CA 94105-1260
        Linda.Ordonio-Dixon@eeoc.gov
22

23  Dated this 4th day of August, 2005.

24

25
                                        Kio Fuji 藤貴緒
26                                      Kio Fuji

27
   2793-05-050804-ProofSvc.email
28

**ORIGINAL**