Clerk
District Court

AUG – 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL, <br><br> Defendant. | CIVIL ACTION NO. 04-0028 <br><br><br> PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **NOTICE OF MOTION AND MOTION TO AMEND ANSWER, MEMORANDUM IN SUPPORT OF MOTION TO AMEND ANSWER, AND [PROPOSED] ORDER** was served on August 1, 2005 as follows:

__X__ by fax addressed to:

Linda Ordonio-Dixon
U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 Embarcadero, Suite 500
San Francisco, CA 94105-1260
Fax No. (415) 625-5657

Dated this 4th day of August, 2005.

_____
Lolita E. Nazaire

2793-05-050804-ProofSvc.fax