F I L E D
Clerk
District Court

AUG - 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

WILLIAM R. TAMAYO - #084965 (CA)
DAVID F. OFFEN-BROWN - #063321 (CA)
LINDA ORDONIO-DIXON - #172830 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICRO PACIFIC DEVELOPMENT INC. d/b/a SAIPAN GRAND HOTEL,<br><br>Defendant. | CIVIL ACTION NO. 04-0028<br><br>REQUEST BY PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT HEARING ON PLAINTIFF EEOC'S MOTION TO QUASH SUBPOENAS; [PROPOSED] ORDER<br><br>Date: August 25, 2005<br>Time: 8:30 a.m. |

Plaintiff Equal Employment Opportunity Commission (hereinafter "EEOC") hereby requests that counsel Linda Ordonio-Dixon be allowed to attend the hearing on the EEOC's Motion to Quash Subpoenas in the above entitled case, scheduled for August 25, 2005 at 8:30 a.m. before the

REQUEST TO APPEAR BY PHONE -
EEOC'S MOTION TO QUASH
SUBPOENAS; [PROPOSED] ORDER
04-0028

1

Honorable Alex R. Munson, via telephone at (707) 628-3797. Ms. Dixon's offices are in San Francisco, California, and she will not be in Saipan on the date of the hearing.

Date:　August 4, 2005

LINDA ORDONIO-DIXON
Senior Trial Attorney

Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5654

APPROVED AND SO ORDERED.

ALEX R. MUNSON
U.S. District Court Judge

RECEIVED
AUG - 4 2005
Clerk
District Court
For The Northern Mariana Islands

REQUEST TO APPEAR BY PHONE -
EEOC'S MOTION TO QUASH
SUBPOENAS; [PROPOSED] ORDER
04-0028

2

# CERTIFICATE OF SERVICE

I am a citizen of the United States employed in the County of San Francisco, over the age of 18 years and not a party to this action. My business address is the office of the United States Equal Employment Opportunity Commission, San Francisco District Office, 350 Embarcadero Street, Suite 500, San Francisco, CA 94105-1260

On the date below, I placed a copy of:

**REQUEST BY PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT HEARING ON PLAINTIFF EEOC'S MOTION TO QUASH SUBPOENAS; [PROPOSED] ORDER**

in a franked envelope, which I deposited in the United States Mail, addressed to:

Michael W. Dotts
O'CONNOR BERMAN DOTTS & BANDES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969

This document was also served via fax to (670) 234-5683.

I certify under penalty of perjury that the above is true and correct.

DATED: August 4, 2005

REQUEST TO APPEAR BY PHONE
EEOC'S MOTION TO QUASH
SUBPOENAS; [PROPOSED] ORDER
04-0028

3