1 | **MICHAEL W. DOTTS, Esq.**
  | **O'Connor Berman Dotts & Banes**
2 | **Second Floor, Nauru Building**
  | **P.O. Box 501969**
3 | **Saipan, MP96950**
  | Telephone No. (670) 234-5684
4 | Facsimile No. (670) 234-5683

5 | **Attorneys for Defendant**

FILED
Clerk
District Court

AUG 11 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 04-0028 |
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL, | |
| Defendant. | |

The undersigned hereby certifies that a copy of **OPPOSITION TO MOTION TO QUASH, and DECLARATION OF MICHAEL W. DOTTS IN SUPPORT OF OPPOSITION TO MOTION TO QUASH** was served on August 4, 2005 as follows:

__X__ by fax addressed to:

Linda Ordonio-Dixon
U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 Embarcadero, Suite 500
San Francisco, CA 94105-1260
Fax No. (415) 625-5657

Dated this 10th day of August, 2005.

_____
Lolita E. Nazaire

2793-05-050809-ProofSvc.fax