1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Defendant

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN MARIANA ISLANDS
7

8  EQUAL EMPLOYMENT OPPORTUNITY ) CIVIL ACTION NO. 04-0028
   COMMISSION,                  )
9                               )
             Plaintiff,         )
10                              )
       vs.                      ) CERTIFICATE OF SERVICE
11                              )
   MICRO PACIFIC DEVELOPMENT, INC. )
12 dba SAIPAN GRAND HOTEL,      )
                                )
13          Defendant.          )
                                )
14 _____)

15
   The undersigned hereby certifies that a copy of **OPPOSITION TO MOTION TO
16 QUASH, and DECLARATION OF MICHAEL W. DOTTS IN SUPPORT OF
   OPPOSITION TO MOTION TO QUASH** was served on August 4, 2005 as follows:
17

18     _X_ by mail addressed to:

19        Linda Ordonio-Dixon
          U.S. Equal Employment Opportunity Commission
20        San Francisco District Office
          350 Embarcadero, Suite 500
21        San Francisco, CA 94105-1260

22

23  Dated this 10th day of August, 2005.

24
                                    _____
25                                  Jennifer Bautista
26
27  2793-05-050809-ProofSvc.mail

28