```
1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Defendant
```

FILED
Clerk
District Court

AUG 1 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL,<br><br>Defendant. | CIVIL ACTION NO. 04-0028<br><br>PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **OPPOSITION TO MOTION TO QUASH, and DECLARATION OF MICHAEL W. DOTTS IN SUPPORT OF OPPOSITION TO MOTION TO QUASH** was served on August 4, 2005 as follows:

__X__ by e-mail addressed to:

Linda Ordonio-Dixon
U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 Embarcadero, Suite 500
San Francisco, CA 94105-1260
Linda.Ordonio-Dixon@eeoc.gov

Dated this 10th day of August, 2005.

Kio Fuji 藤貴緒者
Kio Fuji

2793-05-050809-ProofSvc.email