**Steven P. Pixley, Esq.**
Attorney at Law
Second Floor, CIC Centre
Beach Road, Garapan
Post Office Box 7757 SVRB
Saipan, M.P. 96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

*Attorney for Asia Pacific Hotels, Inc.*

FILED
Clerk
District Court

AUG 1 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. 04-0028 |
| Plaintiff, | |
| -vs- | DECLARATION OF KEIJI MORITA |
| MICRO PACIFIC DEVELOPMENT, INC., | |
| Defendant. | |

I, Keiji Morita do hereby declare as follows:

1. I am the General Manager of Asia Pacific Hotels, Inc. d/b/a Saipan Grand Hotel. I make this declaration based upon my personal knowledge and I am legally competent to testify as to the matters set forth herein.

2. On December 3, 2004, a Purchase and Sale Agreement ("the Agreement") was entered into by and between Asia Pacific Hotels, Inc. ("Purchaser") and Micro Pacific Development, Inc. ("Seller") relating to the sale of the Saipan Grand Hotel. On January 8, 2005, Asia Pacific Hotels Inc. took over the operation and ownership of the Grand Hotel.

3. Pursuant to the terms of the Agreement, the Purchaser and Seller agreed that existing Grand Hotel management personnel would remain in place for a sixty day transition period beginning on

ORIGINAL

January 8, 2005.

4.  Following this transition period, Asia Pacific Hotels, Inc. began replacing key management personnel working at the Saipan Grand Hotel. These management changes include without limitation the following:

    (a)    I replaced Mr. Setsuo Kawai as General Manager on or about January 27, 2005.

    (b)    Ed Cho replaced Assistant General Manager Masahiko Tsuchimoto on or about January 8, 2005.

    (c)    Kazuto Matsumoto, Executive Chef, was replaced by Christopher Adams on or about June 20, 2005.

    (d)    Food and Beverage Manage Hidekazu Katagishi was replaced by Anita Go on or about July 1, 2005.

    (e)    Takahiro Tsuchiya was replaced as Rooms Division Manager on or about March 7, 2005.

    (f)    Jesus Aldan, Personnel Manager, was replaced on or about March 18, 2005. The current Personnel Manager is Joe Ada.

5.  In addition to the foregoing changes in management personnel, Asia Pacific Hotels, Inc. restructured management positions in the Saipan Grand Hotel and created new management level positions.

6.  Asia Pacific Hotels, Inc. owns the Dai-Ichi Hotel Saipan Beach and the Century Hotel in Saipan. Pursuant to the terms of the Agreement, Asia Pacific Hotels acquired the assets of the Saipan Grand Hotel.

7.  Asia Pacific Hotels, Inc. is diversifying its customer base. This diversification includes the aggressive pursuit of Chinese tourists.

1 | I swear and declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct and that this declaration was executed on the __17__ day of August,
3 | 2005, at Saipan, Commonwealth of the Northern Mariana Islands.

*[signature]*
**KEIJI MORITA**