WILLIAM R. TAMAYO - # 084965 (CA)
DAVID F. OFFEN-BROWN - #063321 (CA)
LINDA ORDONIO-DIXON - # 172830 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL,<br><br>Defendant | Civil Action No.: No. 04-0028<br><br>PLAINTIFF EEOC'S NON-OPPOSITION TO DEFENDANT MICRO PACIFIC DEVELOPMENT, INC.'S MOTION TO AMEND ANSWER<br><br>Date: September 1, 2005<br>Time: 8:30 a.m. |

Plaintiff Equal Employment Opportunity Commission does not oppose Defendant Micro Pacific Development, Inc.'s Motion to Amend Answer. While Plaintiff disagrees with many of the assertions in Defendant's moving brief, Plaintiff recognizes that Defendant's motion was made prior to the Court imposed deadline for amendment, discovery is still open and the changes in the Answer would not cause undue prejudice to Plaintiff.

Plaintiff would have stipulated to the motion prior to the filing of Defendant's motion had Defendant provided the basis and the proposed changes to the Answer.

1   Dated: August 18, 2005        Respectfully submitted,

2

3

4                                *[signature]*
                                 LINDA ORDONIO-DIXON

5
                                 EQUAL EMPLOYMENT
6                                OPPORTUNITY COMMISSION
                                 San Francisco District Office
7                                350 The Embarcadero, Suite 500
                                 San Francisco, CA 94105-1260

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

NON-OPPOSITION TO
MOTION TO AMEND ANSWER                    2
CIVIL ACTION NO. 04-0028

## CERTIFICATE OF SERVICE

I am a citizen of the United States employed in the County of San Francisco, over the age of 18 years and not a party to this action. My business address is the office of the United States Equal Employment Opportunity Commission, San Francisco District Office, 350 The Embarcadero, Suite 500, San Francisco, CA 94105.

On the date below, I placed a copy of:

**PLAINTIFF EEOC'S NON-OPPOSITION TO DEFENDANT MICRO PACIFIC DEVELOPMENT, INC.'S MOTION TO AMEND ANSWER**

in the U.S. Mail with adequate postage and addressed to:

Michael W. Dotts
O'CONNOR BERMAN DOTTS & BANDES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969

This document was also served via fax to (670) 234-5683.

I certify under penalty of perjury that the above is true and correct.

DATED: Aug 18, 2005

CIVIL ACTION NO. 04-0028