MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

F I L E D
Clerk
District Court

AUG 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL, <br><br> Defendant. | CIVIL ACTION NO. 04-0028 <br><br> PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND SET OF DISCOVERY** was served on August 16, 2005 as follows:

    X   by e-mail addressed to:

        Linda Ordonio-Dixon
        U.S. Equal Employment Opportunity Commission
        San Francisco District Office
        350 Embarcadero, Suite 500
        San Francisco, CA 94105-1260
        Linda.Ordonio-Dixon@eeoc.gov

Dated this 16th day of August, 2005.

                                                Kio Fuji

2793-05-050816-ProofSvc.email