MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

vs.

MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL,

    Defendant.

CIVIL ACTION NO. 04-0028

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of **DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND SET OF DISCOVERY** was served on August 16, 2005 as follows:

    _X_ by mail addressed to:

        Linda Ordonio-Dixon
        U.S. Equal Employment Opportunity Commission
        San Francisco District Office
        350 Embarcadero, Suite 500
        San Francisco, CA 94105-1260

Dated this 17th day of August, 2005.

                                    Alexander Lopez

2793-05-050815-ProofSvc.mail

FILED
Clerk
District Court

AUG 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)