```
                                              F I L E D
                                                  Clerk
                                              District Court

                                              AUG 22 2005

                                          For The Northern Mariana Islands
                                          By_____
                                                  (Deputy Clerk)
```

1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Defendant

6              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN MARIANA ISLANDS
7

8  EQUAL EMPLOYMENT OPPORTUNITY        )   CIVIL ACTION NO. 04-0028
   COMMISSION,                         )
9                                      )
                Plaintiff,             )
10                                     )
        vs.                            )   PROOF OF SERVICE
11                                     )
   MICRO PACIFIC DEVELOPMENT, INC.     )
12 dba SAIPAN GRAND HOTEL,             )
                                       )
13              Defendant.             )
                                       )
14 _____)

15
        The undersigned hereby certifies that a copy of **OPPOSITION TO MOTION TO
16 AMEND, DECLARATION OF MICHAEL W. DOTTS IN SUPPORT OF OPPOSITION
   TO MOTION TO AMEND AND DECLARATION OF KEIJI MORITA** was served on
17 August 18, 2005 as follows:

18      __X__  by fax addressed to:
19
            Linda Ordonio-Dixon
20          U.S. Equal Employment Opportunity Commission
            San Francisco District Office
21          350 Embarcadero, Suite 500
            San Francisco, CA 94105-1260
22          Fax No. (415) 625-5657

23      Dated this 22nd day of August, 2005.
24
25
                                                 _____
26                                               Jennifer Bautista
27
28

2793-05-050822-ProofSvc.fax