```
                                                    FILED
                                                     Clerk
                                                 District Court

1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes                  AUG 22 2005
2  Second Floor, Nauru Building
   P.O. Box 501969                          For The Northern Mariana Islands
3  Saipan, MP96950                          By_____
   Telephone No. (670) 234-5684                    (Deputy Clerk)
4  Facsimile No. (670) 234-5683

5  Attorneys for Defendant

6            IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN MARIANA ISLANDS
7
   EQUAL EMPLOYMENT OPPORTUNITY     )  CIVIL ACTION NO. 04-0028
8  COMMISSION,                      )
                                    )
9                                   )
        Plaintiff,                  )
10                                  )  PROOF OF SERVICE
        vs.                         )
11                                  )
   MICRO PACIFIC DEVELOPMENT, INC.  )
12 dba SAIPAN GRAND HOTEL,          )
                                    )
13      Defendant.                  )
                                    )
14 _____)
```

15
16      The undersigned hereby certifies that a copy of **OPPOSITION TO MOTION TO AMEND**, and **DECLARATION OF MICHAEL W. DOTTS IN SUPPORT OF OPPOSITION TO MOTION TO AMEND** was served on August 18, 2005 as follows:
17

18      __X__ by e-mail addressed to:

19         Linda Ordonio-Dixon
           U.S. Equal Employment Opportunity Commission
20         San Francisco District Office
           350 Embarcadero, Suite 500
21         San Francisco, CA 94105-1260
           Linda.Ordonio-Dixon@eeoc.gov
22

23      Dated this 22nd day of August, 2005.

24

25                                      _____
                                        Kio Fuji
26

27  2793-05-050822-ProofSvc.email

28

                                                    **ORIGINAL**