Case 1:04-cv-00028    Document 81    Filed 08/22/2005    Page 1 of 1

F I L E D
Clerk
District Court

AUG 2 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Defendant**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL,** <br><br> **Defendant.** | **CIVIL ACTION NO. 04-0028** <br><br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a copy of **OPPOSITION TO MOTION TO AMEND, DECLARATION OF MICHAEL W. DOTTS IN SUPPORT OF OPPOSITION TO MOTION TO AMEND AND DECLARATION OF KEIJI MORITA** was served on August 18, 2005 as follows:

    __X__ by mail addressed to:

        Linda Ordonio-Dixon
        U.S. Equal Employment Opportunity Commission
        San Francisco District Office
        350 Embarcadero , Suite 500
        San Francisco, CA 94105-1260

Dated this _22nd_ day of August, 2005.

                                      Rosemarie Agulto