Case 1:04-cv-00028   Document 82   Filed 08/22/2005   Page 1 of 1

FILED
Clerk
District Court

AUG 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Defendant*

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL,<br><br>Defendant. | CIVIL ACTION NO. 04-0028<br><br>ERRATA TO OPPOSITION TO MOTION TO QUASH<br><br>Date: August 25, 2005<br>Time: 8:30 a.m. |

Please take notice that Defendant Micro Pacific Development, Inc. dba Saipan Grand Hotel, by and through counsel, hereby files this Notice of Errata to correct the erroneous cite inadvertently stated in it Opposition to Motion to Quash. This Notice of Errata corrects the cite of *Davidson Pipe Company v. Laventhol & Horwath* from 120 FRD 445 (DC NY, 1988) to 120 FRD 455 (DCNY, 1988).

Defendant wishes to apologize to the Court and counsel for any inconvenience caused by this error.

Dated: August 22, 2005.

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES

By: _____
for: Michael W. Dotts

2793-05-050822-PL-Errata-Oppo2Motion2Quash