1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Defendant

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 04-0028 |
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL, | |
| Defendant. | |

The undersigned hereby certifies that a copy of **ERRATA TO OPPOSITION TO MOTION TO QUASH** was served on August 22, 2005 as follows:

   X   by fax addressed to:

   Linda Ordonio-Dixon
   U.S. Equal Employment Opportunity Commission
   San Francisco District Office
   350 Embarcadero, Suite 500
   San Francisco, CA 94105-1260
   Fax No. (415) 625-5657

Dated this 23rd day of August, 2005.

Rosemarie Agulto

2793-05-050823-ProofSvc.fax