1 | MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
2 | Second Floor, Nauru Building
P.O. Box 501969
3 | Saipan, MP 96950
Telephone No. (670) 234-5684
4 | Facsimile No. (670) 234-5683

FILED
Clerk
District Court

AUG 2 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

5 | Attorneys for Defendant

6 | IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

vs.

MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL,

    Defendant.

) CIVIL ACTION NO. 04-0028
)
)
)
)
) PROOF OF SERVICE
)
)
)
)
)
)

The undersigned hereby certifies that a copy of **ERRATA TO OPPOSITION TO MOTION TO QUASH** was served on August 22, 2005 as follows:

    _X_ by e-mail addressed to:

        Linda Ordonio-Dixon
        U.S. Equal Employment Opportunity Commission
        San Francisco District Office
        350 Embarcadero, Suite 500
        San Francisco, CA 94105-1260
        Linda.Ordonio-Dixon@eeoc.gov

Dated this 23rd day of August, 2005.

_____
Kio Fuji

2793-05-050823-ProofSvc.email

**ORIGINAL**