1  **MICHAEL W. DOTTS, Esq.**
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Defendant

F I L E D
Clerk
District Court

AUG 23 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

6        IN THE UNITED STATES DISTRICT COURT
7         FOR THE NORTHERN MARIANA ISLANDS

8  EQUAL EMPLOYMENT OPPORTUNITY ) CIVIL ACTION NO. 04-0028
   COMMISSION,                  )
9                               )
            Plaintiff,           )
10                              )
       vs.                       ) CERTIFICATE OF SERVICE
11                              )
   MICRO PACIFIC DEVELOPMENT, INC. )
12 dba SAIPAN GRAND HOTEL,       )
                                 )
13         Defendant.             )
14 _____)

15

16     The undersigned hereby certifies that a copy of **ERRATA TO OPPOSITION TO MOTION TO QUASH** was served on August 23, 2005 as follows:

17         _X_ by mail addressed to:

18         Linda Ordonio-Dixon
19         U.S. Equal Employment Opportunity Commission
           San Francisco District Office
20         350 Embarcadero, Suite 500
           San Francisco, CA 94105-1260
21

22     Dated this 23rd day of August, 2005.
23

24
                                   _____
25                                         Alexander Lopez
26

27  2793-05-050823-ProofSvc.mail

28