F I L E D
Clerk
District Court

AUG 2 5 2005

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-04-0028                                              August 25, 2004
                                                        8:30 a.m.


**EEOC -vs- Micro Pacific Development Inc. dba Saipan Grand Hotel**


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Gilbert Birnbrich, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Linda Ordonio-Dixon, Attorney for Plaintiff (via telephone)
                Michael Dotts, Attorney for Defendants

PROCEEDINGS:    MOTION TO QUASH SUBPOENA DUCES TECUM

Plaintiff was represented by Attorney Linda Ordonio-Dixon (via telephone). Defendants were represented by Attorney Michael Dotts.

Attorney Ordonio-Dixon argued on behalf of EEOC. Attorney Dotts argued on behalf of Saipan Grand Hotel.

Court, after hearing all argument, GRANTED the motion to Quash the Subpoena of records and stated that a written order would be forthcoming.

Adjourned 8:55 a.m.

_____
K. Lynn Lemieux, Courtroom Deputy