FILED
Clerk
District Court

AUG 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  WILLIAM R. TAMAYO - #084965 (CA)
   DAVID F. OFFEN-DROWN - #063321 (CA)
2  LINDA ORDONIO-DIXON - #172830 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5654
5  Fax No. (415) 625-5657
6
7  Attorneys for Plaintiff

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10
11

12 | EQUAL EMPLOYMENT              ) | CIVIL ACTION NO. 04-0028
13 | OPPORTUNITY COMMISSION,       ) |
   |                               ) | REQUEST BY PLAINTIFF'S
14 |         Plaintiff,            ) | COUNSEL TO APPEAR BY
15 |   v.                          ) | TELEPHONE AT HEARING ON
   |                               ) | PLAINTIFF'S MOTION TO AMEND
16 | MICRO PACIFIC DEVELOPMENT     ) | COMPLAINT and DEFENDANT'S
   | INC. d/b/a SAIPAN GRAND HOTEL,) | MOTION TO AMEND ANSWER
17 |                               ) |
18 |         Defendant.            ) | Date: September 1, 2005
   |                               ) | Time: 8:30 a.m.
19 |                               ) |
20 |_____) |

21

22   Plaintiff Equal Employment Opportunity Commission (hereinafter "EEOC") hereby requests

23 that attorney Linda Ordonio-Dixon be allowed to appear at the hearing on Defendant's Motion to

24 Amend Answer and Plaintiff's Motion to Amend Complaint in the above entitled case, scheduled

25
26

27 REQUEST TO APPEAR BY PHONE          1
   ON SEPTEMBER 1, 2005
28 04-0028

1  for September 1, 2005 at 8:30 a.m. before the Honorable Alex R. Munson, via telephone at (415)
2  625-5654.
3      Ms. Dixon will not be in Saipan on the date of the hearing. Her office is located in San
4  Francisco, California.

7  Date:  August 26, 2005

   _____
   LINDA ORDONIO-DIXON
   Senior Trial Attorney

   Equal Employment Opportunity Commission
   San Francisco District Office
   350 The Embarcadero, Suite 500
   San Francisco, California 94105-1260
   Telephone: (415) 625-5654

16  APPROVED AND SO ORDERED.

   _____
   ALEX R. MUNSON
   Judge of the Above Entitled Court

**RECEIVED**

AUG 2 6 2005

Clerk
District Court
For The Northern Mariana Islands

REQUEST TO APPEAR BY PHONE          2
ON SEPTEMBER 1, 2005

04-0028

**CERTIFICATE OF SERVICE**

I am a citizen of the United States employed in the County of San Francisco, over the age of 18 years and not a party to this action. My business address is the office of the United States Equal Employment Opportunity Commission, San Francisco District Office, 350 Embarcadero Street, Suite 500, San Francisco, CA 94105-1260

On the date below, I placed a copy of:

**REQUEST BY PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT HEARING ON PLAINTIFF'S MOTION TO AMEND COMPLAINT and DEFENDANT'S MOTION TO AMEND ANSWER**

in a franked envelope, which I deposited in the United States Mail, addressed to:

Michael W. Dotts
O'CONNOR BERMAN DOTTS & BANDES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969

This document was also served via fax to (670) 234-5683.

I certify under penalty of perjury that the above is true and correct.

DATED: August 26, 2005

REQUEST TO APPEAR BY PHONE        3
ON SEPTEMBER 1, 2005

04-0028