F I L E D
District Court

AUG 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5

   **Attorneys for Defendant**
6

7        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN MARIANA ISLANDS
8

   **EQUAL EMPLOYMENT OPPORTUNITY** )   **CIVIL ACTION NO. 04-0028**
9  **COMMISSION,**                   )
                                      )
10          **Plaintiff,**            )
                                      )
11          **vs.**                   )
    **MICRO PACIFIC DEVELOPMENT, INC.** )   [PROPOSED] ORDER
12  **d/b/a SAIPAN GRAND HOTEL,**     )
                                      )
13          **Defendant.**            )
                                      )
14  _____ )

15

16        GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS the Defendant

17  leave to amend its Answer. Defendant shall file and serve its Amended Answer no later than 10

18  days after the entry of this Order.

19

20

21        **IT IS SO ORDERED,**

22

23  Dated: _August 29_, 2005.

24

25  **RECEIVED**                          _____
                                            Judge ALEX R. MUNSON
26  AUG - 1 2005

27        Clerk
       District Court
28  For The Northern Mariana Islands

2793-05-050704-PL-ProposedOrder-leb-