```
                                                          F I L E D
                                                             Clerk
                                                         District Court
1  MICHAEL W. DOTTS, Esq.                                AUG 3 0 2005
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building                    For The Northern Mariana Islands
   P.O. Box 501969                                 By_____
3  Saipan, MP96950                                        (Deputy Clerk)
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Defendant
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 04-0028 |
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL, | |
| Defendant. | |

The undersigned hereby certifies that a copy of **DEFENDANT'S THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS** was served on August 27, 2005 as follows:

　　　　X　by e-mail, fax and mail addressed to:

　　　　Linda Ordonio-Dixon
　　　　U.S. Equal Employment Opportunity Commission
　　　　San Francisco District Office
　　　　350 Embarcadero , Suite 500
　　　　San Francisco, CA 94105-1260
　　　　Linda.Ordonio-Dixon@eeoc.gov

Dated this 29th day of August, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kio Fuji

2793-05-050829-ProofSvc.email,mail&fax