MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CV-04-0028

September 1, 2005
8:30 a.m.

FILED
Clerk
District Court
SEP 01 2005
For The Northern Mariana Islands
By_____ (Deputy Clerk)

### E.E.O.C. -v- Micro Pacific Development, Inc.

PRESENT: Hon. Alex R. Munson, Chief Judge Presiding
Sanae Shmull, Court Reporter
Galo L. Perez, Clerk of Court
Linda Ordonio-Dixon, Attorney for Plaintiff appearing telephonically at (707) 628-3797 (ATTY NOT ABLE TO APPEAR BY PHONE)
Michael Dotts, Attorney for Defendant

PROCEEDINGS: MOTION FOR LEAVE TO AMEND COMPLAINT and MOTION TO AMEND ANSWER

Counsel for plaintiff requested to appear telephonically but has not responded to two efforts by the Clerk of Court to make telephone contact with Ms. Linda Ordonio-Dixon. Attorney Michael Dotts appeared on behalf of Defendant.

Court's tentative ruling is to grant the motion. Plaintiff ought to be able to amend its complaint. Court granted the motion and stated that an order will issue.

Adjourned at 8:43 a.m.

/s/ Galo L. Perez
Galo L. Perez, Clerk of Court