1  WILLIAM R. TAMAYO - #084965 (CA)
   DAVID F. OFFEN-BROWN - #063321 (CA)
2  LINDA ORDONIO-DIXON - #172830 (CA)
3  WILFREDO TUNGOL - #2550 (HI)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
4  San Francisco District Office
   350 The Embarcadero, Suite 500
5  San Francisco, CA 94105-1260
6  Telephone No. (415) 625-5654
   Fax No. (415) 625-5657

7

8  Attorneys for Plaintiff

9            UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN MARIANA ISLANDS

11

12

13  EQUAL EMPLOYMENT              )    CIVIL ACTION NO. 04-0028
14  OPPORTUNITY COMMISSION,       )
                                  )
15           Plaintiff,           )
         v.                       )    SECOND AMENDED COMPLAINT
16                                )    Civil Rights
17  MICRO PACIFIC DEVELOPMENT     )     – Employment Discrimination
    INC. d/b/a SAIPAN GRAND HOTEL )
18  and ASIA PACIFIC HOTELS INC.  )    JURY TRIAL DEMAND
                                  )
19           Defendant.           )
20  _____)

21

22

23                  **NATURE OF THE ACTION**

24      This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil

25  Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide

26  appropriate relief to Charging Party Julieta Torres, and other similarly situated individuals who were

27

28

FILED
Clerk
District Court

SEP – 6 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

1   adversely affected by such practices. As alleged below, defendant, **MICRO PACIFIC**

2   **DEVELOPMENT INC. d/b/a SAIPAN GRAND HOTEL (MPD Inc.),** subjected the claimants

3

4   to a hostile work environment based on sex, female. Defendant **ASIA PACIFIC HOTELS INC.**

5   **(Asia Pacific)** is a successor to defendant MPD Inc.

6

7   **JURISDICTION AND VENUE**

8      1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343,

9

10  and 1345. This action is authorized and instituted pursuant to §706(f)(1) and (3) of Title VII of the

11  Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §2000e-5(f)(1) and (3), and §102 of

12  the Civil Rights Act of 1991, 42 U.S.C. §1981a.

13      2.    The employment practices alleged to be unlawful were and are now being committed

14

15  in Saipan, Commonwealth of the Northern Mariana Islands, within the jurisdiction of the United

16  States District Court for the Northern Mariana Islands.

17

18  **PARTIES**

19      3.    Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency

20

21  of the United States of America charged with the administration, interpretation, and enforcement of

22  Title VII and is expressly authorized to bring this action by §706(f)(1) and (3) of Title VII, 42

23  U.S.C. §2000e-5(f)(1) and (3).

24      4.    Defendant Asia Pacific is a successor to defendant MPD Inc., owns and operates the

25            Saipan Grand Hotel formerly owned and operated by Defendant MPD, and currently

26

27            employs at the Hotel Julieta Torres and some of the other employees on whose

28

1    behalf this lawsuit is brought.

2    5.    At all relevant times, Defendant MPD Inc. is and was a corporation doing business
3          in the Commonwealth of the Northern Mariana Islands, and has continuously had at
4          least 15 employees.
5

6    6.    At all relevant times, Defendant Asia Pacific is and was a corporation doing business
7          in the Commonwealth of the Northern Mariana Islands, and has continuously had at
8          least 15 employees.
9

10   7.    At all relevant times, Defendant MPD Inc. has continuously been an employer
11         engaged in an industry affecting commerce, within the meaning of §701(b), (g), and
12         (h) of Title VII, 42 U.S.C. § 2000e(b), (g), and (h).

13   8.    At all relevant times, Defendant Asia Pacific has continuously been an employer
14         engaged in an industry affecting commerce, within the meaning of §701(b), (g), and
15         (h) of Title VII, 42 U.S.C. § 2000e(b), (g), and (h).
16

17

18                              **STATEMENT OF CLAIMS**

19   9.    More than thirty days prior to the institution of this lawsuit, Julieta Torres filed a
20         charge of discrimination with the EEOC alleging violations of Title VII by
21         Defendant MPD. All conditions precedent to the institution of this lawsuit have been
22         fulfilled.
23

24   10.   Since at least November of 2001, Defendant MICRO PACIFIC DEVELOPMENT
25         INC. d/b/a SAIPAN GRAND HOTEL has engaged in unlawful practices at its
26         Saipan hotel in violation of §703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1). These
27

28

SECOND AMENDED COMPLAINT
CIVIL ACTION NO. 04-0028

3

practices, which began no later than November 2001 and continued on a regular basis, included subjecting Ms. Torres and other similarly situated individuals (the harassed employees) to harassment on the basis of their sex, female, which created an offensive, abusive, intimidating and hostile work environment. Ms. Torres and others similarly situated were sexually harassed by a supervisor, assistant chief cook Akira Ishikawa. The harassment included both verbal and physical acts. Mr. Ishikawa made unwanted and offensive comments to the harassed employees including commenting on their anatomies and asking for dates. His physical harassment included exposing himself and groping genitals, breasts, and buttocks and forcibly penetrating one employee's vagina and rectum with his fingers.

11. The effect of the practices complained of in paragraph 310 above has been to deprive Ms. Torres and other similarly situated individuals of equal employment opportunities and to otherwise adversely affect them because of their sex, female.

12. The unlawful employment practices complained of in paragraph 10 above were and are intentional.

13. The unlawful employment practices complained of in paragraph 10 above were done with malice and/or reckless disregard for the federally protected rights of Ms. Torres and other similarly situated individuals.

14. As MPD Inc.'s successor, Asia Pacific is liable for the discriminatory conduct of MPD Inc.

SECOND AMENDED COMPLAINT
CIVIL ACTION NO. 04-0028

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining the Defendant Employers, their officers, successors, assigns, and all persons in active concert or participation with them, from engaging in harassment based on sex and any other employment practice which discriminates on the basis of sex.

B.      Order Defendant Employers to institute and carry out policies, practices, and programs which provide equal employment opportunities for their employees and which eradicate the effects of their past and present unlawful employment practices.

C.      Order Defendant Employers to make whole Ms. Torres and other similarly situated individuals by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, with interest, in amounts to be determined at trial.

D.      Order Defendant Employers to make whole Ms. Torres and other similarly situated individuals by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

E.      Order Defendant Employers to pay Ms. Torres  and other similarly situated individuals punitive damages for their malicious and reckless conduct described above, in amounts to be determined at trial.

F.      Grant such further relief as the Court deems proper.

G.      Award the Commission its costs in this action.

SECOND AMENDED COMPLAINT
CIVIL ACTION NO. 04-0028

1

## JURY TRIAL DEMAND

2

The Commission requests a jury trial on all questions of fact raised by its complaint.

3

4

Eric S. Dreiband
General Counsel

5

6

James L. Lee
Deputy General Counsel

7

8

Gwendolyn Young Reams
Associate General Counsel

9

10    Date:    July 29, 2005

WILLIAM R. TAMAYO
Regional Attorney

11

12

13

14    Date:    July 29, 2005

DAVID F. OFFEN-BROWN
Supervisory Trial Attorney

15

16

17    Date:    July 29, 2005

LINDA ORDONIO-DIXON
Senior Trial Attorney

18

19

20

**Equal Employment Opportunity
Commission**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5654

21

22

23

24

25

26

27

28

SECOND AMENDED COMPLAINT
CIVIL ACTION NO. 04-0028

6