FILED
Clerk
District Court

SEP 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  WILLIAM R. TAMAYO - #084965 (CA)
   DAVID F. OFFEN-BROWN - #063321 (CA)
2  LINDA ORDONIO DIXON - #172830 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5654
5  Fax No. (415) 625-5657
6
7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN MARIANA ISLANDS

10
11
12  EQUAL EMPLOYMENT                 )   CIVIL ACTION NO. 04-0028
    OPPORTUNITY COMMISSION,          )
13                                   )
                                     )   REQUEST BY PLAINTIFF'S
14          Plaintiff,               )   COUNSEL TO APPEAR BY
       v.                            )   TELEPHONE AT
15                                   )   STATUS/SETTLEMENT
                                     )   CONFERENCE
16  MICRO PACIFIC DEVELOPMENT        )
    INC. d/b/a SAIPAN GRAND HOTEL,   )
17                                   )   Date: September 9, 2005
18          Defendant.               )   Time: 9:00 a.m.
                                     )
19                                   )
20
21
22       Plaintiff Equal Employment Opportunity Commission (hereinafter "EEOC") hereby requests
23  that attorney Linda Ordonio-Dixon be allowed to attend the Status/Settlement Conference scheduled
24
25
26  REQUEST TO APPEAR BY PHONE              1
27  AT CASE MANAGEMENT
    CONFERENCE
28
    04-0028

for September 9, 2005 at 9:00 a.m. before the Honorable Alex R. Munson, via telephone at (415) 625-5654.

Ms. Ordonio-Dixon will not be in Saipan on the date of the hearing. Her offices are located in San Francisco, California.

Date: September 6, 2005

LINDA ORDONIO-DIXON
Senior Trial Attorney

Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5654

APPROVED AND SO ORDERED.

_____
ALEX R. MUNSON
Judge of the Above Entitled Court

RECEIVED
SEP 07 2005
Clerk
District Court

REQUEST TO APPEAR BY PHONE
AT CASE MANAGEMENT
CONFERENCE

2

04-0028

# CERTIFICATE OF SERVICE

I am a citizen of the United States employed in the County of San Francisco, over the age of 18 years and not a party to this action. My business address is the office of the United States Equal Employment Opportunity Commission, San Francisco District Office, 350 Embarcadero Street, Suite 500, San Francisco, CA 94105-1260

On the date below, I placed a copy of:

**REQUEST BY PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT STATUS/SETTLEMENT CONFERENCE**

in a franked envelope, which I deposited in the United States Mail, addressed to:

Michael W. Dotts
O'CONNOR BERMAN DOTTS & BANDES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950 1969

This document was also served via fax to (670) 234-5683.

I certify under penalty of perjury that the above is true and correct.

DATED: September 6, 2005            *Robert H. Taise*

REQUEST TO APPEAR BY PHONE            3
AT CASE MANAGEMENT
CONFERENCE

04-0028

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
SAN FRANCISCO DISTRICT OFFICE
350 Embarcadero Street, Suite 500
San Francisco, CA 94105-1260
(415) 625-5654
Fax (415) 625-5657




# FAX COVER SHEET

Date: **September 6, 2005 (4:53pm)**          No. of pages in transmission: **4**
                                              (including cover sheet)

| TO: | FAX NO. |
|---|---|
| **CLERK OF THE COURT** | **(670) 236-2910** |

| FROM | TELE.NO. | FAX. NO.(Legal Unit) |
|---|---|---|
| **Linda Ordonio-Dixon, EEOC** | **(415) 625-5654** | **(415) 625-5657** |

Hi Amanda,

Enclosed please the following document for filing:

**REQUEST BY PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE AT STATUS/SETTLEMENT CONFERENCE**

Kindly confirm receipt to linda.ordonio-dixon@eeoc.gov

Thank you!!!

Received   Sep-07-2005   10:06   From-14156255657   To-US DISTRICT COURT, N   Page 001