F I L E D
Clerk
District Court

SEP 07 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

MICRO PACIFIC DEVELOPMENT, INC.,
d/b/a Saipan Grand Hotel,

    Defendant.

CASE NO. CV-04-0028-ARM

ORDER DENYING REQUEST BY
PLAINTIFF'S COUNSEL TO APPEAR BY
TELEPHONE AT STATUS/SETTLEMENT
CONFERENCE

    This matter is before the Court on the request by plaintiff's counsel to appear by telephone at the status/settlement conference scheduled for September 9, 2005 at 9:00 a.m. It is the experience of the Court that settlement negotiation is rarely effective unless all parties are physically present at the settlement conference. For this reason, plaintiff counsel's request to appear by telephone is DENIED.

    DATED this 7th day of September, 2005

_____
Alex R. Munson
Chief Judge, United States District Court