F I L E D
Clerk
District Court

SEP 0 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICRO PACIFIC DEVELOPMENT, INC., d/b/a Saipan Grand Hotel,<br><br>Defendant. | CASE NO. CV-04-0028-ARM<br><br>SCHEDULING ORDER |

It is ORDERED that the status/settlement conference originally scheduled for September 9, 2005 at 9:00 a.m. shall now take place on September 16, 2005 at 10:30 a.m.

DATED this __7th__ day of September, 2005

Alex R. Munson
Chief Judge, United States District Court