```
FILED
Clerk
District Court

SEP 15 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)
```

MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL,<br><br>Defendant. | CIVIL ACTION NO. 04-0028<br><br>PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **ANSWER OF MICRO PACIFIC DEVELOPMENT, INC. TO SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** was served on September 14, 2005 as follows:

__X__ by mail addressed to:

    Linda Ordonio-Dixon
    U.S. Equal Employment Opportunity Commission
    San Francisco District Office
    350 Embarcadero, Suite 500
    San Francisco, CA 94105-1260

Dated this 15th day of September, 2005.

                                            _____
                                            Rosemarie G. Agulto

2793-05-050915-ProofSvc.mail