```
                                                    Clerk
                                                District Court

                                                SEP 15 2005
```

MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL, <br><br> Defendant. | CIVIL ACTION NO. 04-0028 <br><br><br> PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **ANSWER OF MICRO PACIFIC DEVELOPMENT, INC. TO SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** was served on September 13, 2005 as follows:

     _X_ by fax addressed to:

         Linda Ordonio-Dixon
         U.S. Equal Employment Opportunity Commission
         San Francisco District Office
         350 Embarcadero, Suite 500
         San Francisco, CA 94105-1260
         Fax No. (415) 625-5657

Dated this 15th day of September, 2005.

                                                          Lolita Nazaire

2793-05-050915-ProofSvc.fax

