MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Defendant

FILED
Clerk
District Court

SEP 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICRO PACIFIC DEVELOPMENT, INC. dba SAIPAN GRAND HOTEL,<br><br>Defendant. | CIVIL ACTION NO. 04-0028<br><br>PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **ANSWER OF MICRO PACIFIC DEVELOPMENT, INC. TO SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** was served on September 13, 2005 as follows:

__X__ by e-mail addressed to:

Linda Ordonio-Dixon
U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 Embarcadero, Suite 500
San Francisco, CA 94105-1260
Linda.Ordonio-Dixon@eeoc.gov

Dated this 15th day of September, 2005.

_____
Kio Fuji

2793-05-050915-ProofSvc.email