F I L E D
Clerk
District Court

SEP 2 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1    WILLIAM R. TAMAYO - #084965 (CA)
DAVID F. OFFEN-BROWN - #063321 (CA)
2    LINDA ORDONIO-DIXON - #172830 (CA)
WILFREDO TUNGOL - #2550 (HI)
3    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
4    San Francisco District Office
350 The Embarcadero, Suite 500
5    San Francisco, CA 94105-1260
6    Telephone No. (415) 625-5654
Fax No. (415) 625-5657
7
8    Attorneys for Plaintiff

9               UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN MARIANA ISLANDS

11

12

13    EQUAL EMPLOYMENT                    )    CIVIL ACTION NO. 04-0028
14    OPPORTUNITY COMMISSION,             )
                                         )
15            Plaintiff,                  )
16        v.                              )    SECOND AMENDED COMPLAINT
                                         )    Civil Rights
17    MICRO PACIFIC DEVELOPMENT           )     – Employment Discrimination
      INC. d/b/a SAIPAN GRAND HOTEL       )
18    and ASIA PACIFIC HOTELS INC.        )    JURY TRIAL DEMAND
19                                         )
              Defendant.                  )
20                                         )
                                         )
21

22

23                    NATURE OF THE ACTION

24        This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil

25    Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide
26
27    appropriate relief to Charging Party Julieta Torres, and other similarly situated individuals who were
28

1

adversely affected by such practices.   As alleged below, defendant, **MICRO PACIFIC**

2

**DEVELOPMENT INC. d/b/a SAIPAN GRAND HOTEL (MPD Inc.),** subjected the claimants

3

to a hostile work environment based on sex, female.  Defendant **ASIA PACIFIC HOTELS INC.**

4

**(Asia Pacific)** is a successor to defendant MPD Inc.

5

6

7

## JURISDICTION AND VENUE

8

9

1.       Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343,

10

and 1345.  This action is authorized and instituted pursuant to §706(f)(1) and (3) of Title VII of the

11

Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §2000e-5(f)(1) and (3), and §102 of the

12

Civil Rights Act of 1991, 42 U.S.C. §1981a.

13

2.       The employment practices alleged to be unlawful were and are now being committed

14

15

in Saipan, Commonwealth of the Northern Mariana Islands, within the jurisdiction of the United

16

States District Court for the Northern Mariana Islands.

17

18

## PARTIES

19

20

3.       Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency

21

of the United States of America charged with the administration, interpretation, and enforcement of

22

Title VII and is expressly authorized to bring this action by §706(f)(1) and (3) of Title VII, 42 U.S.C.

23

§2000e-5(f)(1) and (3).

24

4.       Defendant Asia Pacific is a successor to defendant MPD Inc., owns and operates the

25

26

Saipan Grand Hotel formerly owned and operated by Defendant MPD, and currently

27

employs at the Hotel Julieta Torres and some of the other employees on whose behalf

28

this lawsuit is brought.

5.    At all relevant times, Defendant MPD Inc. is and was a corporation doing business in the Commonwealth of the Northern Mariana Islands, and has continuously had at least 15 employees.

6.    At all relevant times, Defendant Asia Pacific is and was a corporation doing business in the Commonwealth of the Northern Mariana Islands, and has continuously had at least 15 employees.

7.    At all relevant times, Defendant MPD Inc. has continuously been an employer engaged in an industry affecting commerce, within the meaning of §701(b), (g), and (h) of Title VII, 42 U.S.C. § 2000e(b), (g), and (h).

8.    At all relevant times, Defendant Asia Pacific has continuously been an employer engaged in an industry affecting commerce, within the meaning of §701(b), (g), and (h) of Title VII, 42 U.S.C. § 2000e(b), (g), and (h).


**STATEMENT OF CLAIMS**

9.    More than thirty days prior to the institution of this lawsuit, Julieta Torres filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant MPD. All conditions precedent to the institution of this lawsuit have been fulfilled.

10.   Since at least November of 2001, Defendant MICRO PACIFIC DEVELOPMENT INC. d/b/a SAIPAN GRAND HOTEL has engaged in unlawful practices at its Saipan hotel in violation of §703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1). These practices, which began no later than November 2001 and continued on a regular

3

1
2
3
4
5
6
7
8
9
10
11

basis, included subjecting Ms. Torres and other similarly situated individuals (the harassed employees) to harassment on the basis of their sex, female, which created an offensive, abusive, intimidating and hostile work environment. Ms. Torres and others similarly situated were sexually harassed by a supervisor, assistant chief cook Akira Ishikawa. The harassment included both verbal and physical acts. Mr. Ishikawa made unwanted and offensive comments to the harassed employees including commenting on their anatomies and asking for dates. His physical harassment included exposing himself and groping genitals, breasts, and buttocks and forcibly penetrating one employee's vagina and rectum with his fingers.

12
13
14
15

11.    The effect of the practices complained of in paragraph 310 above has been to deprive Ms. Torres and other similarly situated individuals of equal employment opportunities and to otherwise adversely affect them because of their sex, female.

16
17

12.    The unlawful employment practices complained of in paragraph 10 above were and are intentional.

18
19
20
21

13.    The unlawful employment practices complained of in paragraph 10 above were done with malice and/or reckless disregard for the federally protected rights of Ms. Torres and other similarly situated individuals.

22
23

14.    As MPD Inc.'s successor, Asia Pacific is liable for the discriminatory conduct of MPD Inc.

24
25
26
27
28

//

//

//

SECOND AMENDED COMPLAINT
CIVIL ACTION NO. 04-0028

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining the Defendant Employers, their officers, successors, assigns, and all persons in active concert or participation with them, from engaging in harassment based on sex and any other employment practice which discriminates on the basis of sex.

B.      Order Defendant Employers to institute and carry out policies, practices, and programs which provide equal employment opportunities for their employees and which eradicate the effects of their past and present unlawful employment practices.

C.      Order Defendant Employers to make whole Ms. Torres and other similarly situated individuals by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, with interest, in amounts to be determined at trial.

D.      Order Defendant Employers to make whole Ms. Torres and other similarly situated individuals by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

E.      Order Defendant Employers to pay Ms. Torres  and other similarly situated individuals punitive damages for their malicious and reckless conduct described above, in amounts to be determined at trial.

F.      Grant such further relief as the Court deems proper.

G.      Award the Commission its costs in this action.

5

**SECOND AMENDED COMPLAINT**
**CIVIL ACTION NO. 04-0028**

1

## JURY TRIAL DEMAND

2

The Commission requests a jury trial on all questions of fact raised by its complaint.

3

4                                          James L. Lee
                                           Deputy General Counsel
5

6                                          Gwendolyn Young Reams
                                           Associate General Counsel
7

8

9

10   Date:   September 12, 2005            _____
                                           WILLIAM R.  TAMAYO
11                                         Regional Attorney

12

13   Date:   September 12, 2005            _____
                                           DAVID F. OFFEN-BROWN
14                                         Supervisory Trial Attorney

15

16

17   Date:   September 12, 2005            _____
                                           LINDA ORDONIO-DIXON
18                                         Senior Trial Attorney

19

20                                         **Equal  Employment  Opportunity
                                           Commission**
21                                         San Francisco District Office
22                                         350 The Embarcadero, Suite 500
                                           San Francisco, California  94105-1260
23                                         Telephone: (415) 625-5654

24

25

26

27

28

SECOND AMENDED COMPLAINT
CIVIL ACTION NO. 04-0028

6

CERTIFICATE OF SERVICE

I am a citizen of the United States employed in the County of San Francisco, over the age of 18 years and not a party to this action.  My business address is the office of the United States Equal Employment Opportunity Commission, San Francisco District Office, 350 The Embarcadero, Suite 500, San Francisco, California 94105-1260.

On the date below, I sent by facsimile and placed a copy of:

- **Second Amended Complaint**

in a franked envelope, which I deposited in the United States Mail, addressed to:

> Michael W. Dotts, Esq.
> O'CONNOR BERMAN DOTTS & BANDES
> Second Floor, Nauru Building
> P.O. Box 501969
> Saipan, MP 96950-1969  - Fax No. (670) 234-5683
>
> Colin M. Thompson, Esq.,
> PMB 917 Box 10001
> Saipan, MP 96950 - Fax No. (670) 233-0776

I certify under penalty of perjury that the above is true and correct.

DATED:   September 12, 2005

Robert H. Taine
Legal Technician