FILED
Clerk
District Court

NOV 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICRO PACIFIC DEVELOPMENT INC. d/b/a/ SAIPAN GRAND HOTEL,<br><br>Defendant. | Civil Action No. 04-0028<br><br>**Order Setting Status Conference** |

Michael W. Dotts
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

Colin Thompson
Attorney at law
PMB 917, B0x 100001
Saipan, MP 96950

IT IS ORDERED that a Status Conference in the above case is set for Tuesday, November 22, 2005, at 4:30 p.m.

DATED THIS 21st day of November, 2005

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 08/82)