FILED
Clerk
District Court

DEC 1 4 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICRO PACIFIC DEVELOPMENT INC. d/b/a/ SAIPAN GRAND HOTEL,<br><br>Defendant. | Civil Action No. 04-0028<br><br>Order Contuning Status Conference |

Linda Ordonio-Dixon
David Offen-Brown
William Tamayo
EEOC Commission
350 Embarcardero
San Francisco, CA 94105

Michael W. Dotts
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

Colin Thompson
Attorney at law
PMB 917, B0x 100001
Saipan, MP 96950

IT IS ORDERED that a continuation of the Status Conference in the above case held on Wednesday, December, 14, 2005, is set for Friday, December 16, 2005, at 10:00 a.m.

DATED THIS 14th day of December, 2005

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)