FILED
Clerk
District Court

DEC 2 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

WILLIAM R. TAMAYO - #084965 (CA)
DAVID F. OFFEN-BROWN - #063321 (CA)
LINDA ORDONIO-DIXON - #172830 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>MICRO PACIFIC DEVELOPMENT INC. d/b/a SAIPAN GRAND HOTEL,<br><br>ASIA PACIFIC HOTELS, INC.<br><br>Defendants. | CIVIL ACTION NO. 04-0028<br><br>NOTICE OF MOTION AND MOTION TO DISMISS LAWSUIT PURSUANT TO CONSENT DECREE, [PROPOSED] ORDER OF DISMISSAL |

Plaintiff Equal Employment Opportunity Commission (hereinafter "EEOC") files this unopposed motion to dismiss the above entitled lawsuit pursuant to the Joint Consent Decree filed in this matter on December 23, 2005. All parties agreed to the settlement embodied in the Consent

NOTICE AND MOTION TO DISMISS;    1
[PROPOSED] ORDER OF DISMISSAL
04-0028

Decree which was entered by the Court on December 23, 2005. As such, the matter should be dismissed.

Date: December 23, 2005

_David Offen-Brown_
DAVID OFFEN-BROWN
Supervisory Trial Attorney

Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5654

APPROVED AND SO ORDERED.

_Alex R. Munson_
ALEX R. MUNSON
U.S. District Court Judge

**RECEIVED**
DEC 23 2005
Clerk
District Court
For The Northern Mariana Islands

NOTICE AND MOTION TO DISMISS;   2
[PROPOSED] ORDER OF DISMISSAL
04-0028

**CERTIFICATE OF SERVICE**

I am a citizen of the United States employed in the County of San Francisco, over the age of 18 years and not a party to this action. My business address is the office of the United States Equal Employment Opportunity Commission, San Francisco District Office, 350 Embarcadero Street, Suite 500, San Francisco, CA 94105-1260

On the date below, I placed a copy of:

**NOTICE OF MOTION AND MOTION TO DISMISS LAWSUIT PURSUANT TO CONSENT DECREE, [PROPOSED] ORDER**

in a franked envelope, which I deposited in the United States Mail, addressed to:

Michael W. Dotts
O'CONNOR BERMAN DOTTS & BANDES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969

This document was also served via fax to (670) 234-5683.

Colin Thompson
Law Offices of Colin Thompson
PMB 917, Box 10001
Saipan, MP 96950-1969

This document was also served via fax to (670) 233-0776.

I certify under penalty of perjury that the above is true and correct.

DATED: December 23, 2005

NOTICE AND MOTION TO DISMISS; [PROPOSED] ORDER OF DISMISSAL
04-0028

3